■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TYRONE ROBINSON, Appellant. [931 NYS2d 859]—Order,

The court properly denied defendant's motion to set aside the resentencing. The resentencing proceeding imposing a term of postrelease supervision was neither barred by double jeopardy nor otherwise unlawful (*see People v Lingle*, 16 NY3d 621 [2011]). Concur—Gonzalez, P.J., Tom, Sweeny, Renwick and Román, JJ.